# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ERELSON JAMES WARNER,**

    **Plaintiff,**

v.                                           Case No. 4:17cv105-MW/CAS

**LAURA VARBLE and the**
**TALLAHASSEE POLICE DEPARTMENT,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and to comply with a Court order." The Clerk shall close the file.

**SO ORDERED on May 31, 2017.**

                                                       s/Mark E. Walker     \_\_\_\_
                                                       **United States District Judge**